# Exhibit "A"



# Exhibit "B"







# Exhibit "C"









# Exhibit "D"











# Exhibit "E"







# Exhibit "F"

