Hany Gonzalez, Esq., State Bar No. 335677
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(305) 764-9262
(714) 597-6559 facsimile
hgonzalez@higbeeassociates.com

*Attorney for Plaintiff,*
JULIAN ELLIOTT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>MAX AMINI; ABSTRACTION MEDIA INC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. **2:21-cv-04364**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Julian Elliott and or its counsel(s), hereby give notice that the above captioned action is voluntarily dismissed against the Defendants Max Amini and Abstraction Media Inc, and DOES 1 through 10 inclusive, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Date: August 16, 2021                                  Respectfully submitted,

**s/ Hany Gonzalez**
Hany Gonzalez, Esq.
Cal. Bar No. 335677
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana. CA 92705-5418
(305) 764-9262
(714) 597-6559 facsimile
*Attorney for Plaintiff*